IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES and JANICE BOATWRIGHT,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CIVIL ACTION 08-0660-WS-B** |
| ) | |
| **CARNEY REALTY, INC.,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On October 19, 2009, a Notice of Settlement (doc. 141) was filed, reflecting that all of plaintiffs' claims against defendants Thomas Bealle Associates, Inc. and Bruce Bankston have been resolved via settlement. In light of these representations, it is **ORDERED** that all claims by and between plaintiffs, on the one side, and Thomas Bealle Associates, Inc. and Bruce Bankston, on the other, are **dismissed with prejudice**, provided that any party may reinstate those claims within **30 (thirty) days** after the date of the entry of this Order if the settlement agreement or other settlement documentation is not consummated in the interim. The Clerk's Office is directed to terminate Thomas Bealle Associates, Inc. and Bruce Bankston as parties to these proceedings, and neither of those two defendants nor their counsel are required or expected to participate as a party in further pretrial and trial proceedings in this action.

In light of this development, the Motion for Summary Judgment (doc. 89), the Motion to Strike (doc. 116), the Motion for Leave to File Seventeen Page Reply Brief (doc. 119), the Motion to Challenge Plaintiff's Expert (doc. 123), the Unopposed Motion for Leave to File Amended Answer (doc. 133), and the Motion for Leave to File Supplemental Legal Authority (doc. 136) filed by Thomas Bealle Associates, Inc. and Bruce Bankston are all **moot**.

No other order concerning plaintiffs' claims against Thomas Bealle Associates, Inc. and Bruce Bankston shall be forthcoming from the Court except upon application by any party for final judgment, as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each settling party is to bear his, her or its own costs, unless otherwise agreed by them.

Nothing in this Order is intended to, or shall be construed as, dismissing plaintiffs' claims against the remaining defendants, to-wit: Carney Realty, Inc., Shirlee Poulos, and Mortgage Solutions South, LLC.

**DONE** and **ORDERED** this 20th day of October, 2009.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE
