IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES BOATWRIGHT,** *et al.*, | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )    **CIVIL ACTION 08-0660-WS-B** |
| | ) |
| **CARNEY REALTY, INC.,** *et al.*, | ) |
| | ) |
|     **Defendants.** | ) |

**ORDER**

This matter comes before the Court on the Joint Stipulation for Dismissal with Prejudice (doc. 144) filed by plaintiffs, James and Janice Boatwright, and defendant Mortgage Solutions South, LLC. On October 21, 2009, the Court entered an Order (doc. 145) construing that filing as a motion for voluntary dismissal pursuant to Rule 41(a)(2), Fed.R.Civ.P., which authorizes a district court to enter an order dismissing an action at a plaintiff's request "on terms that the court considers proper." The October 21 Order directed that any party wishing to be heard on the construed motion must file a response by no later than October 26, 2009. To date, no response has been filed; therefore, the Court assumes that no party has any objection to the dismissal of all pending claims by and between plaintiffs and Mortgage Solutions.

In light of the foregoing, the Court finds that the construed motion for voluntary dismissal is due to be, and the same hereby is, **granted**. Pursuant to Rule 41(a)(2), all claims asserted by and between plaintiffs and Mortgage Solutions South, LLC, in this litigation are hereby **dismissed with prejudice**, with each party to bear his, her or its own costs. Inasmuch as there are no longer any pending claims herein involving that entity, the Clerk's Office is **directed** to terminate Mortgage Solutions South, LLC, as a party. This action shall proceed with respect to plaintiffs' claims against the remaining defendants.

DONE and ORDERED this 27th day of October, 2009.

                                                    s/ WILLIAM H. STEELE
                                                  UNITED STATES DISTRICT JUDGE