IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES and JANICE BOATWRIGHT,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL ACTION 08-0660-WS-B |
| ) | |
| **CARNEY REALTY, INC.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**FINAL JUDGMENT**

In accordance with the Order entered on this date, granting the Motion for Summary Judgment (doc. 93) brought by defendants Shirlee Poulos and Carney Realty, Inc., it is **ordered, adjudged and decreed** that all claims brought by plaintiffs against those two defendants be, and the same hereby are, **dismissed with prejudice**.

This Final Judgment adjudicates all remaining claims in this action as to all remaining parties.

DONE and ORDERED this 29th day of October, 2009.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE